OPINION — AG — PERSONAL PROPERTY LEASED TO A COUNTY UNDER A LEASE PURCHASE AGREEMENT ON JANUARY 1ST IS TAXABLE AND THE OWNER (LESSOR) IS PERSONALLY LIABLE FOR THE TAXES DUE, EVEN THOUGH THE COUNTY DURING THE CALENDAR YEAR ELECTS TO PURCHASE AND DOES, IN FACT, OBTAIN, SUBSEQUENT TO JANUARY 1ST, A BILL OF SALE OR BECOMES THE OWNER BY OPERATION OF LAW. CITE: OPINION NO. 66-171, 68 O.S. 1965 Supp., 2427 [68-2427] (HUGH COLLUM)